# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4028
EMAIL ADDRESS: DIANE.WINDHOLZ@JACKSONLEWIS.COM

January 22, 2019

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Gueye v. People's United Bank, National Association et al.
      Civil Action No. 18-cv-05961(ENV)(JO)

Dear Judge Orenstein:

We represent Defendants People's United Bank, N.A. and Patricia Hoffman (collectively, "Defendants"), in the above-referenced matter. Pursuant to Your Honor's request in court and docket entry on January 17, 2019 (Dkt. No. 13), we write respectfully to explain the legal basis for Defendants' counsel declining to provide certain information Your Honor requested on the grounds that she was prohibited by federal law from doing so. Defendants are proscribed pursuant to applicable law including 31 U.S.C. § 5318(g)(2)(A)(i), 31 C.F.R. § 103.18(e) and 12 C.F.R. § 21.11(k)(1)(i) from disclosing the information requested by the Court.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Diane Windholz*

Diane Windholz

cc: Counsel of Record (*via* ECF)

4821-4081-0885, v. 2