UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SOKHNA GUEYE,

                                        JUDGMENT
                                        18-cv-5961 (ENV) (RER)

                Plaintiff,

    v.

PEOPLE'S UNITED BANK, NATIONAL
ASSOCIATION,

                Defendant.
---------------------------------------------------------------X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on April 9, 2021, granting defendant's motion for summary judgment; and dismissing plaintiff's claims in their entirety with prejudice; it is

       ORDERED and ADJUDGED that defendant's motion for summary judgment is granted; and that plaintiff's claims are dismissed in their entirety with prejudice.

Dated: Brooklyn, New York                                 Douglas C. Palmer
       April 12, 2021                                        Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk